# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _____ 4529 Spruce St. Apt. #10 Philadelphia, Pennsylvania 19139 _____

Address of Defendant: _____ 916 South 14th St. Harrisburg, Pennsylvania 17104 _____

Place of Accident, Incident or Transaction: __Various.  Automated calls with pre-recorded messages placed by Defendant to Plaintiff. _____ (*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))                    Yes☐    No x

Does this case involve multidistrict litigation possibilities?                    Yes☐    No x

*RELATED CASE, IF ANY*:

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?                    Yes☐    No x

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?                    Yes☐    No x

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?                    Yes☐    No x

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?

                     Yes☐    No x

**CIVIL: (Place _ in ONE CATEGORY ONLY)**

**A.** *Federal Question Cases*:

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts

2. ☐ FELA

3. ☐ Jones Act-Personal Injury

4. ☐ Antitrust

5. ☐ Patent

6. ☐ Labor-Management Relations

7. ☐ Civil Rights

**B.** *Diversity Jurisdiction Cases*:

1. ☐ Insurance Contract and Other Contracts

2. ☐ Airplane Personal Injury

3. ☐ Assault, Defamation

4. ☐ Marine Personal Injury

5. ☐ Motor Vehicle Personal Injury

6. ☐ Other Personal Injury
(Please specify)

7. ☐ Products Liability

8. ☐ Habeas Corpus Cases

9. ☐ Securities Act(s) Cases

10. ☐ Social Security Review Cases

11. X All other Federal Question Cases

(Please specify) __Fair Debt Collections Practices Act and Telephone Consumer Protection Act__

☐ Products Liability – Asbestos

9. ☐ All other Diversity Cases

(Please specify) _____

## ARBITRATION CERTIFICATION

(*Check Appropriate Category*)

I,__Daniel G. Ruggiero_____, counsel of record do hereby certify:

   X  Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

   ☐  Relief other than monetary damages is sought.

DATE:  __October 31, 2013___    _____             11/11/13

                                    Attorney-at-Law            312849

                                                          Attorney I.D.#

NOTE:  A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:  __October 31, 2013___    _____           _____312849

                                    Attorney-at-Law            Attorney I.D.#