# EXHIBIT A

**Total number of calls is 119; 114 calls were placed to me after I initially aske asked them to stop calling.) At least one call, which I've also flagged below**

+18009001381 <u>Add</u>
9/14/13 12:42 PM 8 hours ago

<u>Call</u> <u>Text</u> more ▼

+18009001381 <u>Add</u>
9/14/13 11:04 AM 9 hours ago

<u>Call</u> <u>Text</u> more ▼

+18009001381 <u>Add</u>
9/13/13 5:34 PM 27 hours ago

<u>Call</u> <u>Text</u> more ▼

+18009001381 <u>Add</u>
9/13/13 3:04 PM 29 hours ago

<u>Call</u> <u>Text</u> more ▼

+18009001381 <u>Add</u>
9/13/13 11:03 AM 33 hours ago

<u>Call</u> <u>Text</u> more ▼

+18009001381 <u>Add</u>
9/11/13 7:02 PM 3 days ago

<u>Call</u> <u>Text</u> more ▼

+18009001381 <u>Add</u>
9/11/13 3:02 PM 3 days ago

<u>Call</u> <u>Text</u> more ▼

+18009001381 <u>Add</u>
9/11/13 11:01 AM 3 days ago

<u>Call</u> <u>Text</u> more ▼

+18009001381 <u>Add</u>
9/9/13 7:01 PM 5 days ago

<u>Call</u> <u>Text</u> more ▼

+18009001381 Add



+18009001381 Add
9/9/13 3:01 PM 5 days ago
Call  Text  more ▼

+18009001381 Add
9/9/13 11:00 AM 5 days ago
Call  Text  more ▼

+18009001381 Add
9/8/13 2:19 PM 6 days ago
Call  Text  more ▼

+18009001381 Add
9/8/13 1:59 PM 6 days ago
Call  Text  more ▼

+18009001381 Add
9/7/13 12:46 PM 7 days ago
Call  Text  more ▼

+18009001381 Add
9/7/13 11:07 AM 7 days ago
Call  Text  more ▼

+18009001381 Add
9/5/13 7:05 PM 9 days ago
Call  Text  more ▼

+18009001381 Add
9/5/13 3:05 PM 9 days ago
Call  Text  more ▼

+18009001381 Add
9/5/13 11:04 AM 9 days ago
Call  Text  more ▼

+18009001381 Add                **Called past 9:00 pm**
9/3/13 9:45 PM 10 days ago
Call  Text  more ▼

+18009001381 Add



9/3/13 5:45 PM 11 days ago

Call   Text   more ▼

+18009001381 Add
9/3/13 1:44 PM 11 days ago

Call   Text   more ▼

+18009001381 Add
9/1/13 6:16 PM 13 days ago

Call   Text   more ▼

+18009001381 Add
9/1/13 5:57 PM 13 days ago

Call   Text   more ▼

+18009001381 Add
9/1/13 2:16 PM 13 days ago

Call   Text   more ▼

+18009001381 Add
9/1/13 1:57 PM 13 days ago

Call   Text   more ▼

+18009001381 Add
8/31/13 12:47 PM 2 weeks ago

Call   Text   more ▼

+18009001381 Add
8/31/13 11:07 AM 2 weeks ago

Call   Text   more ▼

+18009001381 Add
8/30/13 5:27 PM 2 weeks ago

*Transcript not available*

▶ 00:02

Call   Text   more ▼

+18009001381 Add
8/30/13 3:07 PM 2 weeks ago





+18009001381 Add
8/21/13 3:02 PM 3 weeks ago
Call   Text   more ▼

+18009001381 Add
8/21/13 11:02 AM 3 weeks ago
Call   Text   more ▼

+18009001381 Add
8/19/13 7:04 PM 3 weeks ago
Call   Text   more ▼

+18009001381 Add
8/19/13 3:03 PM 3 weeks ago
Call   Text   more ▼

+18009001381 Add
8/19/13 11:03 AM 3 weeks ago
Call   Text   more ▼

+18009001381 Add
8/18/13 2:15 PM 3 weeks ago
Call   Text   more ▼

+18009001381 Add
8/18/13 1:51 PM 3 weeks ago
Call   Text   more ▼

+18009001381 Add
8/17/13 12:48 PM 4 weeks ago
Call   Text   more ▼

+18009001381 Add
8/17/13 11:02 AM 4 weeks ago
Call   Text   more ▼

+18009001381 Add
8/15/13 7:04 PM 4 weeks ago
Call   Text   more ▼



+18009001381 Add
8/15/13 3:04 PM 4 weeks ago

Call  Text  more ▼

+18009001381 Add
8/15/13 11:03 AM 4 weeks ago

Call  Text  more ▼

+18009001381 Add
8/13/13 1:23 PM 4 weeks ago

Call  Text  more ▼

+18009001381 Add
8/12/13 7:17 PM 4 weeks ago

Call  Text  more ▼

+18009001381 Add
8/12/13 3:17 PM 4 weeks ago

Call  Text  more ▼

+18009001381 Add
8/11/13 2:30 PM 4 weeks ago

Call  Text  more ▼

+18009001381 Add
8/10/13 12:53 PM 5 weeks ago

Call  Text  more ▼

+18009001381 Add
8/9/13 6:00 PM 5 weeks ago

Call  Text  more ▼

+18009001381 Add
8/7/13 11:02 AM 5 weeks ago

Call  Text  more ▼

+18009001381 Add
8/6/13 11:03 AM 5 weeks ago

Call  Text  more ▼

+18009001381 Add
↙ 8/5/13 11:01 AM 5 weeks ago

Call  Text  more ▼

+18009001381 Add
↙ 8/4/13 2:09 PM 5 weeks ago

Call  Text  more ▼

+18009001381 Add
↙ 8/3/13 12:52 PM 6 weeks ago

Call  Text  more ▼

+18009001381 Add
↙ 8/2/13 11:05 AM 6 weeks ago

Call  Text  more ▼

+18009001381 Add
↙ 8/1/13 11:02 AM 6 weeks ago

Call  Text  more ▼

+18009001381 Add
↙ 7/31/13 11:04 AM 6 weeks ago

Call  Text  more ▼

+18009001381 Add
⏺ 7/30/13 11:02 AM 6 weeks ago

*Transcript not available*

▶ 00:01

Call  Text  more ▼

+18009001381 Add
↙ 7/29/13 11:00 AM 6 weeks ago

Call  Text  more ▼

+18009001381 Add
⏺ 7/28/13 2:20 PM 6 weeks ago

*Transcript not available*

▶ 00:02

Call  Text  more ▼

Case 2:13-cv-06641-JHS   Document 1-4   Filed 11/12/13   Page 9 of 16



+18009001381 Add
7/20/13 1:01 PM 8 weeks ago

*Transcript not available*

▶ 00:06

Call   Text   more ▼

---

+18009001381 Add
7/19/13 11:01 AM 8 weeks ago

*Transcript not available*

▶ 00:02

Call   Text   more ▼

---

+18009001381 Add
7/18/13 11:05 AM 8 weeks ago

*Transcript not available*

▶ 00:02

Call   Text   more ▼

---

+18009001381 Add
7/17/13 11:02 AM 8 weeks ago

Call   Text   more ▼

---

+18009001381 Add
7/16/13 11:01 AM 8 weeks ago

Call   Text   more ▼

---

+18009001381 Add
7/15/13 11:00 AM 8 weeks ago

Call   Text   more ▼

---

+18009001381 Add
7/14/13 2:20 PM 2 months ago

*Transcript not available*

▶ 00:02

Call   Text   more ▼

---

+18009001381 Add
7/13/13 12:44 PM 2 months ago

*Transcript not available*

▶ 00:06

Call   Text   more ▼

---

+18009001381 Add
7/12/13 11:03 AM 2 months ago

*Transcript not available*

▶ 00:02

Call   Text   more ▼

---

+18009001381 Add
7/11/13 11:01 AM 2 months ago

*Transcript not available*

▶ 00:03

Call   Text   more ▼

---

+18009001381 Add
7/10/13 11:03 AM 2 months ago

*Transcript not available*

▶ 00:02

Call   Text   more ▼

---

+18009001381 Add
7/9/13 11:01 AM 2 months ago

Call   Text   more ▼

---

+18009001381 Add
7/8/13 1:57 PM 2 months ago

Call   Text   more ▼

---

+18009001381 Add
7/7/13 2:17 PM 2 months ago

*Transcript not available*

▶ 00:03

Call   Text   more ▼

---

+18009001381 Add

▢   🖼 📧 7/6/13 12:46 PM 2 months ago

*Transcript not available*

▶ 00:01

<u>Call</u>   <u>Text</u>   <u>more</u> ▼

---

▢   🖼 +18009001381 <u>Add</u>
       📧 7/5/13 5:43 PM 2 months ago

*Transcript not available*

▶ 00:02

<u>Call</u>   <u>Text</u>   <u>more</u> ▼

---

▢   🖼 +18009001381 <u>Add</u>
       📧 6/30/13 2:19 PM 2 months ago

*Transcript not available*

▶ 00:02

<u>Call</u>   <u>Text</u>   <u>more</u> ▼

---

▢   🖼 +18009001381 <u>Add</u>
       📧 6/29/13 12:43 PM 2 months ago

*Transcript not available*

▶ 00:03

<u>Call</u>   <u>Text</u>   <u>more</u> ▼

---

▢   🖼 +18009001381 <u>Add</u>                                   **Asked them to sto**[p]
       📞 6/28/13 5:35 PM 2 months ago

<u>Call</u>   <u>Text</u>   <u>more</u> ▼

---

▢   🖼 +18009001381 <u>Add</u>
       📞 6/21/13 5:28 PM 2 months ago  2 minutes long

<u>Call</u>   <u>Text</u>   <u>more</u> ▼

---

▢   🖼 +18009001381 <u>Add</u>
       📧 6/16/13 2:14 PM 2 months ago

*Transcript not available*

▶ 00:02

<u>Call</u>   <u>Text</u>   <u>more</u> ▼

+18009001381 <u>Add</u>
6/15/13 12:55 PM 2 months ago

*Transcript not available*

▶ 00:03

<u>Call</u>   <u>Text</u>   more ▼

---

+18009001381 <u>Add</u>      **Asked them to stop**
6/9/13 2:45 PM 3 months ago 2 minutes long

<u>Call</u>   <u>Text</u>   more ▼

---

+18009001381 <u>Add</u>
6/8/13 1:07 PM 3 months ago

*Transcript not available*

▶ 00:02

<u>Call</u>   <u>Text</u>   more ▼

---

+18009001381 <u>Add</u>
6/2/13 2:40 PM 3 months ago 2 minutes long

<u>Call</u>   <u>Text</u>   more ▼

---

+18009001381 <u>Add</u>
6/1/13 1:21 PM 3 months ago

*Transcript not available*

▶ 00:03

<u>Call</u>   <u>Text</u>   more ▼

---

+18009001381 <u>Add</u>
5/31/13 6:28 PM 3 months ago

*Transcript not available*

▶ 00:04

<u>Call</u>   <u>Text</u>   more ▼

---

+18009001381 <u>Add</u>
5/30/13 11:27 AM 3 months ago 1 minute long

<u>Call</u>   <u>Text</u>   more ▼

---

+18009001381 <u>Add</u>

Case 2:13-cv-06641-JHS   Document 1-4   Filed 11/12/13   Page 14 of 16

5/29/13 2:55 PM 3 months ago 1 minute long

Call  Text  more ▼

+18009001381 Add
5/28/13 11:27 AM 3 months ago 1 minute long

Call  Text  more ▼

+18009001381 Add
5/24/13 1:10 PM 3 months ago

Call  Text  more ▼

+18009001381 Add
5/24/13 10:55 AM 3 months ago

Call  Text  more ▼

+18009001381 Add
5/23/13 9:35 AM 3 months ago

*Transcript not available*

▶ 00:03

Call  Text  more ▼

+18009001381 Add
5/22/13 10:00 AM 3 months ago

*Transcript not available*

▶ 00:03

Call  Text  more ▼

+18009001381 Add
5/21/13 10:04 AM 3 months ago 1 minute long

Call  Text  more ▼

+18009001381 Add
5/20/13 9:43 AM 3 months ago

+18009001381 Add
5/19/13 2:27 PM 3 months ago

*Transcript not available*

▶ 00:05



Call   Text   more ▼

+18009001381 Add
5/18/13 12:56 PM 3 months ago

Call   Text   more ▼

+18009001381 Add
5/17/13 10:26 AM 3 months ago

Call   Text   more ▼

+18009001381 Add
5/16/13 9:25 AM 3 months ago

Call   Text   more ▼

+18009001381 Add                     **Asked them to stop**
5/12/13 2:30 PM 4 months ago 2 minutes long

Call   Text   more ▼

+18009001381 Add
5/10/13 9:51 AM 4 months ago

Call   Text   more ▼

+18009001381 Add
5/6/13 12:27 PM 4 months ago 1 minute long

Call   Text   more ▼

+18009001381 Add
5/5/13 2:34 PM 4 months ago

Call   Text   more ▼

+18009001381 Add
5/4/13 1:15 PM 4 months ago

*Transcript not available*

▶ 00:02

Call   Text   more ▼

- +18009001381 Add — 9/23/13 7:04 PM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/23/13 3:04 PM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/23/13 11:03 AM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/22/13 2:18 PM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/22/13 1:55 PM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/21/13 12:57 PM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/21/13 11:04 AM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/20/13 5:36 PM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/20/13 3:07 PM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/20/13 11:07 AM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/18/13 7:04 PM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/18/13 3:03 PM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/18/13 11:03 AM 3 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/16/13 7:03 PM 4 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/16/13 3:02 PM 4 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/16/13 11:02 AM 4 weeks ago — Inbox ☆ — Call Text more ▼
- +18009001381 Add — 9/15/13 2:19 PM 4 weeks ago — Inbox ☆
  *Transcript not available*
  ▶ 00:01
  Call Text more ▼
- +18009001381 Add — 9/15/13 1:59 PM 4 weeks ago — Inbox ☆ — Call Text more ▼